Opinion issued August 19, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00108-CV

———————————

CES
ENVIRONMENTAL SERVICES, INC., Appellant

V.

SEAN EASTON, Appellee



 



 

On Appeal from the 80th District Court 

Harris County, Texas



Trial Court Case No. 2009-41664

 



MEMORANDUM OPINION

The parties have filed an agreed motion to dismiss
the appeal with prejudice.  No opinion
has issued.  Accordingly, we grant the motion and we dismiss the appeal.  Tex. R. App. P. 42.1(a)(2).

We overrule all other pending motions as moot.  We direct the Clerk to issue mandate within
10 days of the date of this opinion.  Tex. R. App. P. 18.1.

PER CURIAM

Panel
consists of Chief Justice Radack and Justices Bland and Sharp.